UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

PATRICK HOLLIMAN,

        Plaintiff,

v.

FROEDTERT MEMORIAL LUTHERAN HOSPITAL,

        Defendant.

Case No. 17-cv-53-pp

---

**ORDER DISMISSING CASE FOR FAILURE TO PAY INITIAL PARTIAL FILING FEE**

---

On February 9, 2017, the court issued an order requiring the plaintiff to pay an initial partial filing fee of $20.40 on or before March 3, 2017. Dkt. No. 10. The plaintiff asked for an extension of that deadline, dkt. no. 11; the court granted that request, and extended the deadline to April 28, 2017, dkt. no. 12. The plaintiff did not pay the initial partial filing fee by that date.

On May 23, 2017, the court issued an order to show cause, requiring that, by the end of the day on June 16, 2017, the plaintiff must either pay the initial partial filing fee, explain why he had not done so, or notify the court that he wanted to dismiss his case. Dkt. No. 13. June 16, 2017 has passed, and the plaintiff has not done any of these things. The court's order notified the plaintiff that if he did not do one of these three things by the end of the day on June 16, 2017, it would dismiss his case without further notice or hearing.

As indicated in the court's May 23, 2016 order to show cause, the court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to pay the initial partial filing fee.

Dated in Milwaukee, Wisconsin this 20th day of June, 2017.

BY THE COURT:

**HON. PAMELA PEPPER**
**United States District Judge**